**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Dwazendra J. Smith          Danielle Claiborne
D. Smith Legal, L.L.C.       Attorney at Law
PO Box 93004                 626 Broad Street
Lafayette LA 70509           Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 19, 2023

**REHEARING ACTION: July 19, 2023**

**Docket Number: 22   00563-CA**

**JOHN DAVID DEAN**
**VERSUS**
**CHRISTIE LYNN BURKEEN**

**Appealed from Acadia Parish Case No. 201310238**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Van H. Kyzar**
> **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John David Dean** has this day been

> **DENIED.**

cc: Michael A. Rainey, Counsel for the Appellee